| JANICE CLABORNE AND SHERYL JONES | * | NO. 2023-CA-0206 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| THE HOUSING AUTHORITY OF NEW ORLEANS | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*JCL*     **LOBRANO, J., CONCURS IN THE RESULT**